Monte J. White & Associates, PC
Pamela J. Chaney
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
ecfabilene@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:
James Franklin Mills                § CASE NO. 11-10043-RLJ-13
 and                                §
 Juliane Flieher Mills              § HEARING DATE: 7/29/2013
DEBTOR(s)                           § HEARING TIME: 11:00 A.M.

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 07/01/2013

   Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed:  2/10/2011

2. Date of Section 341 Meeting: 3/15/2011

3. First Payment Date:  3/12/2011

4. Date of Confirmation: 4/4/2011

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   28

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 32

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 7/12/2013

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $30,800.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:   $30,800.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: NONE

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: TRCC 10/26/2011

## II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

__x__        DECREASE monthly payment from $1,100.00 per month to $500.00 per month
             (must coincide with resume date shown in item 9 above)

Any arrears indicated in item 8 above shall be cured by the following method: N/A

## III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $500.00 will resume on or before 7/12/2013 for 32 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $66,000.00 to $46,800.00

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:                                $30,800.00

2. (+)Plus Total Payments to be made
through the Remainder of Plan:                           $16,000.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount                                   $46,800.00

## IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

## V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| Code | Name | Class | Amount | Collateral | Value | Interest | Treatment |
|---|---|---|---|---|---|---|---|
| CT | | S-Wells Fargo Bank NA | | 2006 Ford Focus | $11,122.90 | | Surrender in full satisfaction of debt |
| | | | | | | | |
| CT | | S-VW Credit, Inc. | | 2006 Volkswagon Beetle | $13,754.20 | | Surrender in full satisfaction of debt |

Note: Changes to any creditors above shall not be effective until the Modification is approved.

## VI.  ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee.

## VII.  REASON FOR MODIFICATION

This modification is requested for the following reason(s):  Debtors' income and expenses have changed.  Debtors wish to surrender 2 vehicles in order to lower Chapter 13 plan payment in accordance with projected disposable income per amended Schedules I & J.

## VIII.  BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

See Amended Schedules I & J on file with the Court.

Respectfully submitted,

/s/Pamela J. Chaney
Attorney for Debtor(s)

### CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan After Confirmation has been served by me on 07/01/2013, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

/s/Pamela J. Chaney
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 11-10043-rlj13<br>Northern District of Texas<br>Abilene<br>Fri Jun 28 15:32:25 CDT 2013 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | AAFES-Mil Star Exchange<br>CO Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374-0933 |
| BACK BOWL I LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Back Bowl I, LLC<br>CO Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Back Bowl I, LLC, Series C<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 |
| Capital One Bank -USA, N.A.<br>P.O. Box 12907<br>Norfolk, VA 23541-0907 | Capital One, N.A.<br>PO Box 12907<br>Norfolk, VA 23541-0907 | Chase Home Finance LLC<br>CO BDFTE, LLP<br>1900 St.James Place Suite 500<br>Houston, TX 77056-4125 |
| Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224-0696 | Fifth Third Bank<br>CO Bankruptcy Dept, MDROPS05<br>1850 East Paris<br>Grand Rapids, MI 49546-6253 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382-9009 |
| First Financial Bk Na<br>400 Pine St<br>Abilene, TX 79601-5137 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 | Gemb-jcp<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | Hsbc Bank<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>Carol Stream, IL 60197-5213 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JPMORGAN CHASE BANK, N.A.<br>10790 Rancho Bernardo Road<br>San Diego, CA 92127-5705 | JPMorgan Chase Bank, N.A.<br>3415 Vision Drive<br>Mail Code: OH4-7302<br>Columbus, OH 43219-6009 | Knox County Appraisal<br>401 Court Square Suite 105<br>Barbourville, KY 40906-1463 |
| Lowes - MBGA<br>Attention: Bankruptcy Department<br>PO Box 103104<br>Roswell, GA 30076-9104 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Mil Star<br>Attention: Bankruptcy<br>PO Box 6250<br>Madison, WI 53716-0250 |
| Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | Ncs<br>Po Box 15779<br>Oklahoma City, OK 73155-5779 | OAK HARBOR CAPITAL II LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk, VA 23541-0907 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Preferred Credit Inc<br>PO Box 1679<br>St Cloud, MN 56302-1679 | Sears-cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target<br>PO Box 59317<br>Minneapolis, MN 55459-0317 | Taylor Co. Central Appraisal District<br>1534 South Treadaway Blvd<br>Abilene, TX 79602-4927 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Usaa Savings Bank<br>10750 Mc Dermott<br>San Antonio, TX 78288-1600 | V W Credit, Inc.<br>PO Box 829009<br>Dallas, TX 75382-9009 | VW Credit, Inc.<br>PO BOX 829009<br>Dallas, TX 75382-9009 |
| Volkswagon Credit Inc<br>CO Brice, Vander, Linden and Wernick PC<br>9441 LBJ Freeway Suite 250<br>Dallas, TX 75243-4640 | Weldon Coffman<br>449 Lemons Gap Rd.<br>Tuscola, TX 79562-1921 | Wells Fargo Bank, N.A.<br>Wells Fargo Auto Finance<br>Attn: MAC S4015-01T<br>PO Box 29706<br>Phoenix, AZ 85038-9706 |
| Wffinancial<br>PO Box 7648<br>Boise, ID 83707-1648 | James Franklin Mills<br>210 Brown Ave.<br>Tuscola, TX 79562-2236 | Juliane Flieher Mills<br>210 Brown Ave.<br>Tuscola, TX 79562-2236 |
| Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Corporation<br>National Bankruptcy Service Center<br>PO Box 537901<br>Livonia, MI 48153 | IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX  75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Michael Reed<br>McCreary Veselka, Bragg & Allen P.C.<br>PO Box 1269<br>Round Rock, TX 78680 | Portfolio Recovery Associates, LLC<br>CO Sears Gold Mastercard<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>CO Sears Premier Card<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chase Home Finance LLC

End of Label Matrix
Mailable recipients   47
Bypassed recipients    1
Total                 48