

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 20, 2013**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 11-10043-RLJ-13 |
| JAMES FRANKLIN MILLS | § | |
| JULIANE FLIEHER MILLS | § | CHAPTER 13 |
| DEBTOR(S) | § | |
| | § | |
| VW CREDIT, INC. | § | |
| MOVANT | § | |

### AGREED ORDER ON OBJECTION TO PLAN

VW Credit, Inc., (hereinafter referred to as "Movant"), who is the current owner and holder of Promissory Note and Consumer Security Agreement which is secured by 2006 VW BEETLE, VIN: 3VWRF31YX6M309859 (the "Collateral"), and Debtor(s), by and through their undersigned counsel, have agreed to the following with respect to the Objection to Confirmation of Chapter 13 Plan filed by Movant.

**IT IS THEREFORE ORDERED THAT:**

1. Movant shall file a deficiency claim within (30) days of the entry of this order and Movant's failure to do so will result in the disallowance of any future deficiency claim filed by Movant.

2. Debtor(s) shall incorporate in their entirety the above-referenced terms of this Order into their Chapter 13 Plan of Reorganization.

AGREED ORDER ON OBJECTION TO PLAN                                                                                                                3
AO_OTP_Ver0001

### END OF ORDER ###

AGREED TO AND APPROVED BY:


_/s/Pamela Chaney_____
Pamela Jean Chaney
Bar 24006983
Monte J. White & Associates, P.c.
American State Building 402 Cypress, Ste. 310
Abilene, TX 79601
(325) 673-6699
Attorney for Debtor(s)


_/s/Sammy Hooda_____
Cristina Platon Camarata / TBN 16061560
Michael J. Burns / TBN 24054447
Sammy P. Hooda / TBN 24064032
Attorneys and Counselors
9441 LBJ Freeway, Suite 250
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: BkcyAttorneys@BuckleyMadole.com
Attorney for VW Credit, Inc.

United States Bankruptcy Court
Northern District of Texas

In re:  
James Franklin Mills  
Juliane Flieher Mills  
    Debtors

Case No. 11-10043-rlj  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-1       User: pbibbs       Page 1 of 2       Date Rcvd: Aug 20, 2013  
                      Form ID: pdf012      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2013.  
db/jdb      +James Franklin Mills,   Juliane Flieher Mills,   210 Brown Ave.,   Tuscola, TX 79562-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2013**                      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0539-1           User: pbibbs              Page 2 of 2                   Date Rcvd: Aug 20, 2013
                               Form ID: pdf012           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2013 at the address(es) listed below:
              Mary A. Daffin    on behalf of Creditor    Chase Home Finance LLC ndecf@BDFGROUP.com
              Pamela Jean Chaney    on behalf of Debtor James Franklin Mills pamela@montejwhite.com,
               legal@montejwhite.com;michelle@montejwhite.com
              Pamela Jean Chaney    on behalf of Joint Debtor Juliane Flieher Mills pamela@montejwhite.com,
               legal@montejwhite.com;michelle@montejwhite.com
              Sammy P. Hooda    on behalf of Creditor    V W Credit, Inc. Sammy.Hooda@buckleymadole.com,
               chandra.pryor@buckleymadole.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov
              Walter 12,13 OCheskey    cmecf@ch13-12westtex.org, ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                             TOTAL: 6
```